26, 1958. The effective date of the final list (T.D. 54521), under the provisions of the Customs Simplification Act of 1956 (T.D. 54165), was February 27, 1958. These facts being so, and it appearing by stipulation of the parties that the merchandise is not included in the articles enumerated in T.D. 54521 as subject to appraisement under section 402a of the Tariff Act of 1930, as amended, the merchandise is held to be subject to valuation under the provisions of section 402, as amended.

Accepting the above stipulation as an agreed statement of facts, I find and hold that export value, as defined in section 402(b) of the Tariff Act of 1930, as amended, is the proper basis for determination of value of the merchandise herein, and that such value is 126 shillings per gross, English currency, less 3¾ per centum cash discount, plus packing.

Judgment will be entered accordingly.

**REHEARING MOTION GRANTED**

NOVEMBER 25, 1960

**Reap. Dec. 9862.**—Daiichi Bussan Kaisha, Ltd. *v.* United States, ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ Entered at New York, N.Y. Reap. Dec. 9807. Motion by plaintiff.

(Reap. Dec. 9863)

S. S. KRESGE CO. *v.* UNITED STATES

Entry No. 739175, etc.

(Decided December 7, 1960)

*Sharretts, Paley & Carter* (*Howard Clare Carter* of counsel) for the plaintiff.
*George Cochran Doub*, Assistant Attorney General (*Daniel I. Auster* and *Samuel D. Spector*, trial attorneys), for the defendant.

WILSON, Judge: These appeals for reappraisement involve the proper dutiable value of glass, beaded, or paper Christmas decorations and tree ornaments, exported from Japan. Originally, four appeals for reappraisement were involved but, after trial, the importer abandoned reappraisements 220875–A, 221597–A, and 225896–A. Accordingly, there remains for consideration only the dutiable status of the merchandise covered by reappraisement 228105–A.